**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JONAS SEBASTIAN JÖDICKE, | |
| Plaintiff, | Case No.: 1:24-cv-00379 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, JONAS SEBASTIAN JÖDICKE and Defendant No. 6 GreatPowerDirectDirect identified on the Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice.

Defendant's Memorandum in Opposition [26] is now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

DATED: June 26, 2024            Respectfully submitted,

/s/ Keith A. Vogt                                       /s/ Huicheng Zhou
Keith A. Vogt (Bar No. 6207971)           Huicheng Zhou (Bar No. 350005)
Keith Vogt, Ltd.                                        Law Office of Huicheng Zhou
33 West Jackson Boulevard, #2W        25 S. Raymond Ave. Suite 300
Chicago, Illinois 60604                            Alhambra, Califnornia 91801
Telephone: 312-971-6752                      Telephone: 626-724-4819
E-mail: keith@vogtip.com                     E-mail: huichengzhou.attorney@gmail.com

***ATTORNEY FOR PLAINTIFF***            ***ATTORNEY FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt