IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONAS JÖDICKE, | |
| Plaintiff, | Case No.: 1:24-cv-00379 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | 胜利全球购 |
| 6 | GreatPowerDirect |
| 10 | Passionsure |
| 12 | KeLiSi |
| 26 | Xuda Maliu |
| 30 | PYBUG |
| 35 | Auguba |
| 39 | WuHanBaiTeGuoJiMaoYiYouXianGongSi |
| 60 | Zutena |
| 61 | zhaibingbing |
| 74 | Anneunique |
| 75 | Zen Home Space |
| 80 | ShoPen |
| 82 | Pavo LLC |
| 85 | Diymood |

| | |
|---|---|
| 86 | Huirui |
| 98 | Huatongyang |
| 102 | HONROY |
| 103 | FASHIXD-US |
| 106 | LXZhi |
| 107 | Atrippy |
| 111 | dianzi xingyuan |
| 112 | wenshuiwangrongdianzishangwuyouxiangongsi |
| 122 | |
| 130 | FKELYI |
| 139 | CF Clothes |
| 140 | Kara Clothing |
| 142 | MiniChic |
| 143 | Strong adhesive |
| 144 | Aurora automotive Products |
| 145 | FH Fashion Jewelry B |
| 148 | Jasonkaka |
| 149 | MilkyWay Jewelry |
| 150 | Picky Jewelry |
| 152 | JA Trendy Jewelry A |
| 153 | wuzi jewellery |
| 154 | Qinxuan Jewelry |
| 155 | To My Daughter Granddaughter |
| 156 | HH jewellery |
| 157 | RESHI |
| 158 | skyy |
| 160 | Bubasa |
| 161 | The Comfort HOME |
| 162 | LALAGOU |
| 164 | KKOU |
| 167 | Godv Shop |
| 171 | WQ Jewelry |
| 176 | Mono jy |
| 177 | KNOWIN FASHION |
| 182 | Punk Jewelrys |
| 183 | ZYFANGb |
| 185 | zjwfa |
| 190 | Jinge textile towel |

DATED:  July 9, 2024 	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt