IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONAS SEBASTIAN JÖDICKE, | |
| Plaintiff, | Case No.: 1:24-cv-00379 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in the First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

| | |
|---|---|
| DATED: July 10, 2024 | Respectfully submitted, |
| | /s/ Keith A. Vogt |
| | Keith A. Vogt (Bar No. 6207971) |
| | Keith Vogt, Ltd. |
| | 33 West Jackson Boulevard, #2W |
| | Chicago, Illinois, 60604 |
| | Telephone: 312-971-6752 |
| | E-mail: keith@vogtip.com |
| | ***ATTORNEY FOR PLAINTIFF*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                /s/ *Keith A. Vogt*
                                                Keith A. Vogt, Esq.