IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONAS SEBASTIAN JÖDICKE,<br><br>                            Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                            Defendants. | No. 24-cv-00379<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff JONAS SEBASTIAN JÖDICKE ("Jödicke" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Jödicke's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-302-236; VA 2-302-243; VA 2-302-230; VA 2-302-401; VA 2-302-262; VA 2-302-246; VA 2-302-429; VA 2-302-426; VA 2-302-441; VA 2-302-234; VA 2-302-259; VA 2-302-237; VA 2-302-443; VA 2-302-422; VA 2-302-248; VA 2-302-251; VA 2-302-431; VA 2-302-436; VA 2-302-256; VA 2-302-425; VA 2-302-250; VA 2-302-432; VA 2-196-134; VA 2-302-438; VA 2-302-606; VAu 1-318-176; and VA 2-333-186 ("Jödicke Works") to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Jödicke Works or any reproductions, unauthorized copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jödicke product or not authorized by Jödicke to be sold in connection with the Jödicke Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jödicke product or any other product produced by Jödicke, that is not Jödicke's or not produced under the authorization, control, or supervision of Jödicke and approved by Jödicke for sale under the Jödicke Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Jödicke , or are sponsored by, approved by, or otherwise connected with Jödicke; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Jödicke, nor authorized by Jödicke to be sold or offered for sale, and which bear any of Jödicke's registered copyrights, including the Jödicke Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt

of this Order cease:

    a.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jödicke Works; and

    b.    operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jödicke Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jödicke product or not authorized by Jödicke to be sold in connection with the Jödicke Works.

3.    Upon Jödicke's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jödicke Works.

4.    Under 17 U.S.C. § 504 (c)(2), Jödicke is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Jödicke Works on products sold through at least the Defendant Internet Stores.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.    All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart are hereby released to Jödicke as partial

payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart are ordered to release to Jödicke the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Jödicke has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Jödicke shall have the ongoing authority to commence supplemental proceedings under Rule 60 of the Federal Rules of Civil Procedure.

8. In the event that Jödicke identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Jödicke may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jonas Sebastian Jödicke and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Jödicke is hereby released to Jödicke or Plaintiff's counsel, Keith Vogt, Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Jödicke or Plaintiff's counsel.

**This is a Final Judgment.**

SO ORDERED in No. 24-cv-00379.

Date: July 11, 2024

_____
JOHN F. KNESS
United States District Judge

## First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | Motuw |
| 2 | 胜利全球购 |
| 3 | 秀织百货 |
| 4 | fszhiyuebang |
| 5 | Tuck Tech. |
| 6 | |
| 7 | WUKONGSurprise |
| 8 | |
| 9 | Flower Feishang |
| 10 | |
| 11 | BBKD Home Furnishing Store |
| 12 | |
| 13 | liuchanghuan |
| 14 | lwlwlwl |
| 15 | Znnny123 |
| 16 | baodaoweilaostore |
| 17 | swwwih |
| 18 | wxmkuoshangfandianzijingxiaobu |
| 19 | CCxinli |
| 20 | chengmaixianlaochengzhibopifachaoshi |
| 21 | XINGHUOLIAOYUAN |
| 22 | SHIHE STORE |
| 23 | HAOLIFE |
| 24 | Millxiu |
| 25 | cyyydfg |
| 26 | |
| 27 | Heetcer |
| 28 | An Qing Bie Shou Shang Mao You Xian Gong Si |
| 29 | liuliugallery |
| 30 | |
| 31 | lichengqukanguangbaihu odian |
| 32 | QINGHan |
| 33 | WVYMX |
| 34 | goviqostore |
| 35 | |
| 36 | Shenzhen HengMingXing Co.,Ltd |
| 37 | JIan Ying |

5

| | |
|---|---|
| 38 | MIAN Toys |
| 39 | |
| 40 | SOULZZZ |
| 41 | Overvl |
| 42 | STARFISH CO.,LTD |
| 43 | LRTPLA |
| 44 | JIANJUNYIGE |
| 45 | QINGQINGBAIHUOW |
| 46 | shanshan stroe |
| 47 | CoCoXiXi |
| 48 | HeFeiCuanXuReShuDianZiShangWuYouXianGongSisss |
| 49 | QCTPHB |
| 50 | Dongguan Guijin Trading Co., Ltd |
| 51 | nhu y SHOP |
| 52 | NOQUAN |
| 53 | jiangxiangyutaiyuan |
| 54 | BinZhouZhiHuiDianZiShangWuYouXianGongSi |
| 55 | LRXqingchun |
| 56 | GuangPingXianChuXingWuJinBaiHuoJingYingBu |
| 57 | Chenjinyang |
| 58 | HaoluxUS |
| 59 | PanmeiUS |
| 60 | |
| 61 | |
| 62 | gaokangjing |
| 63 | libinbin159 |
| 64 | xxxxxxm |
| 65 | pmayu87 |
| 66 | mileng |
| 67 | liangzhiyou's |
| 68 | dolce viva |
| 69 | linchuancong |
| 70 | shouyangxianhoujiashanghang |
| 71 | bixiaojie |
| 72 | shengqianqianart |
| 73 | Cholyme America - Mathew Blaise |
| 74 | |
| 75 | |
| 76 | HANGA |
| 77 | 莆田市仙游英莱贸易商行 |
| 78 | TuoLeUS |

| # | Name |
|---|---|
| 79 | Lilibeely |
| 80 | |
| 81 | Perfect Print Nation |
| 82 | |
| 83 | CROSFIL |
| 84 | LINQI store |
| 85 | |
| 86 | |
| 87 | Hoang Kan |
| 88 | yinshunquan |
| 89 | LD Buzz |
| 90 | TNN SMARTSOLUX |
| 91 | NOPAN-LLC |
| 92 | BXNo1SHUAI |
| 93 | Cmade Studio |
| 94 | |
| 95 | POSTER STORE |
| 96 | AERWET4ERHYRTYYTU |
| 97 | Kevin zhangxiang |
| 98 | |
| 99 | LEO BON |
| 100 | Qianguoerluosimengguzuzizhixian veterans store |
| 101 | Xu Jie Art |
| 102 | |
| 103 | |
| 104 | xuecai |
| 105 | EASYHON |
| 106 | |
| 107 | |
| 108 | Begonia tree |
| 109 | Yangxs |
| 110 | Jaustee Trade |
| 111 | |
| 112 | |
| 113 | 商城县一舒家居网店 |
| 114 | Shopbesepro |
| 115 | Diamond Perfection |
| 116 | ceubbl |
| 117 | yidingdian |
| 118 | sunmo |
| 119 | Artnyutu |

| | |
|---|---|
| 120 | Nightingale |
| 121 | xuruifeng |
| 122 | |
| 123 | shilonghu co.ltd |
| 124 | Premium Picks |
| 125 | Aolun Decor |
| 126 | Skartam Store |
| 127 | YanNanKe Store |
| 128 | Personalized Decor |
| 129 | Amlion Store |
| 130 | |
| 131 | haakaa |
| 132 | Home Evident |
| 133 | HY 3C SHOP |
| 134 | Family Bedding |
| 135 | Aisha Jewelry |
| 136 | Jiang yu cheng Textiles |
| 137 | QIYIJIAF |
| 138 | Fashion coco Kids |
| 139 | |
| 140 | |
| 141 | EpicKids Couture |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | POOT Jewelry |
| 147 | Fulu Jewelry |
| 148 | |
| 149 | |
| 150 | |
| 151 | KIY jewelry |
| 152 | |
| 153 | |
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | LVV home textiles |
| 160 | |

| | |
|---|---|
| 161 | |
| 162 | |
| 163 | FLYCAT |
| 164 | |
| 165 | CHUNGU |
| 166 | hipaopao |
| 167 | |
| 168 | Fashion Base |
| 169 | Lwhz jewellery |
| 170 | QQQ Jewelry |
| 171 | |
| 172 | Fashion Party Accessories |
| 173 | LUSTROUS SHOP |
| 174 | Joop Accessory |
| 175 | Top Jewelry |
| 176 | |
| 177 | |
| 178 | i life |
| 179 | EEHH jewellery |
| 180 | XHP |
| 181 | LinTuanTuan Life Hall |
| 182 | |
| 183 | |
| 184 | LOVE |
| 185 | |
| 186 | Hui Lai |
| 187 | Tiany Jewelry |
| 188 | FOOG jewelry |
| 189 | Demi Jewelry |
| 190 | |
| 191 | xishang tide |
| 192 | FIN jewelry |